# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

BEST BUY CO., INC., a Minnesota corporation,

    Defendant.

_____ /

Case No. 18-cv-11641-SFC-MKM

Hon. Sean F. Cox

Magistrate Judge Mona K. Majzoub

## NOTICE OF SETTLEMENT

Plaintiff Howard Cohan, and Defendant, Best Buy Co., Inc. give notice of the settlement of this matter. The parties request an additional fourteen (14) days to obtain signatures of each of the parties on their Settlement Agreement and file dismissal papers.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
By:  George T. Blackmore
     Blackmore Law PLC
     Attorney for Plaintiff
     21411 Civic Center Drive, Suite 200
     Southfield, MI 48076
     P: (248) 845-8594
     E: george@blackmorelawplc.com
     P76942

Dated: August 27, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I filed and served the foregoing NOTICE OF SETTLEMENT on all ECF participants via the court's CM/ECF system and first-class mail, postage prepaid, addressed to the following non-ECF participants:

Dawn Rausch
Best Buy Enterprise Services, Inc.
7601 Penn Avenue South
Richfield, MN 55423

*/s/ George T. Blackmore*
George T. Blackmore