# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

BEST BUY CO., INC., a Minnesota corporation,

    Defendant.

    /

Case No. 18-cv-11641-SFC-MKM

Hon. Sean F. Cox

Magistrate Judge Mona K. Majzoub

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ George T. Blackmore*

By:  George T. Blackmore
      Blackmore Law PLC
      Attorney for Plaintiff
      21411 Civic Center Drive, Suite 200
      Southfield, MI 48076
      P: (248) 845-8594
      E: george@blackmorelawplc.com
      P76942

Dated: September 25, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system and first-class mail, postage prepaid, addressed to the following non-ECF participants:

Dawn Rausch
Best Buy Enterprise Services, Inc.
7601 Penn Avenue South
Richfield, MN 55423

> */s/ George T. Blackmore*
> George T. Blackmore